UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ASHLEY A. OLSEN,

    Plaintiff,

v.

THE CMI GROUP, INC. D/B/A A TO Z CALL CENTER SERVICES, LP.,

    Defendant.

Case No. 1:22-cv-00232-WCG

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ASHLEY A. OLSEN ("Plaintiff") and THE CMI GROUP, INC. D/B/A A TO Z CALL CENTER SERVICES, LP. ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

DATED: September 12, 2022

Respectfully submitted,

**ASHLEY A. OLSEN**
By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq